STANLEY SADOWSKI et al., Respondents, v. LONG ISLAND LIGHTING COMPANY, Appellant.

Argued April 17, 1944; decided May 25, 1944.

*William B. Davis* and *E. C. Sherwood* for appellant.

*Frank A. Jablonka* and *William A. Spreckels* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.